UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 6, 2015

_____

DOCKET CORRECTION NOTICE
_____

No. 15-1947,   <u>EEOC v. Maritime Autowash, Inc.</u>
             1:15-cv-00869-GLR

TO:   Paula Rene' Bruner

BRIEF AND APPENDIX CORRECTIONS DUE:  October 16, 2015

Please make the corrections identified below and file corrected documents by the due date indicated. Use the **BRIEF** and **APPENDIX** entries and select "Corrected" as a modifier to refile the electronic brief/appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

> [✓] The brief references the "EEOC Appendix (or EA)" rather than a joint appendix. The court requires the filing of a joint appendix.

> [✓] The appendix should not include record material from the separated related district court case without leave of the court.  Please revise the brief accordingly.

Amy L. Carlheim, Deputy Clerk
804-916-2702