

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington, D.C. 20507

Office of
General Counsel

October 14, 2015

Patricia S. Connor, Clerk
U.S. Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

Attn: Amy L. Carlheim, Deputy Clerk

Re: *EEOC v. Maritime Autowash, Inc.*, No. 15-1947 (4th Cir.)

Please accept the EEOC's corrected brief and joint appendix for filing in the above-captioned case. On October 5, 2015, the EEOC timely filed its opening brief and appendix. The EEOC appendix included several documents from *EEOC v. Maritime Autowash, Inc.*, No. 1:14-cv-2612 (D. Md.), a case related to the matter underlying this appeal, because respondent Maritime Autowash had incorporated by reference arguments set forth in its Response to the EEOC's First Application for subpoena enforcement. On October 6, 2015, this Court issued an order directing that the EEOC Appendix be renamed Joint Appendix and that the Commission seek leave of the Court to include documents from the related case.

The Commission has now corrected its opening brief and the appendix. The appendix has been renamed Joint Appendix and the EEOC now uses "JA" as the appendix citation in its opening brief. Also, since the district court did not address the arguments Maritime presented in its response to the Commission's first application, the Commission has removed all documents pertaining to the earlier related case from the Joint Appendix. Finally, in the corrected brief, the Commission has removed all references to the proceedings in the related case and updated the page references in its table of contents and table of authorities.

Opposing counsel of record has been served a copy of this filing via ECF.

Sincerely,

Paula R. Bruner
Attorney for Appellant
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
131 M Street, N.E., Fifth Floor
Washington, D.C. 20507
(202) 663-4731 (w)
paula.bruner@eeoc.gov

cc: J. Vander Woude